# KICKSTARTER





Libra

Trackpad
+
Keyboard

For 11" and 12.9" iPad Pro

Create PDF in your applications with the Pdfcrowd HTML to PDF API                    PDFCROWD

# Libra, Turns Your iPad Pro into a MacBook

World's first keyboard with trackpad, backlit and function keys to give iPad Pro a MacBook-like experience. Perfectly matches iPadOS.



**Libra**
First created · 0 backed

More

**US$ 89,407**
pledged of US$ 10,000 goal

**753**
backers

**42**
days to go

Gadgets    Shenzhen, China

**Back this project**

♥ Remind me

All or nothing. This project will only be funded if it reaches its goal by Fri, November 8 2019 4:00 PM UTC +00:00.

**Campaign**    FAQ 10    Updates 1    Comments 69    Community

Create PDF in your applications with the Pdfcrowd HTML to PDF API    PDFCROWD

# About

## Support

Make a pledge without a reward

| $ | 10 |
|---|---|

---

Pledge US$ 1 or more

**Libra VIP Club**

Thank you!

Thanks for the support and love for Libra keyboard! We will include you in the newsletter of our VIP club!

ESTIMATED DELIVERY | SHIPS TO
Jan 2020 | Anywhere in the world

10 backers

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD



## Pledge $109 or more

### Early Bird

Get Libra keyboard to unleash the power of your iPad Pro at a great price! Space Gray and Silver are available!

To add the add-ons to this reward tier, feel free to add the following amounts to your pledge:
+$15 for Magnetic USB-C cable.
+$13 for 11-inch iPad Pro case.

We will collect your choice of color, size, add-ons and shipping address after the campaign closed. Please stay tuned.

INCLUDES:
- Libra keyboard
- USB-C Cable
- Magnetic Cover for 12.9" or Case for 11" iPad Pro

ESTIMATED DELIVERY
Jan 2020

SHIPS TO
Anywhere in the world

Limited (298 left of 500)
202 backers

## Pledge $129 or more

iPad Pro is the most powerful and useful tablet available today. However, it remains limited by its virtual keyboard, which takes up half of the display and makes typing for long periods of time problematic.

Recently, Apple created an entirely separate operating system: "iPad OS" for iPad which allows it to operate more like a MacBook. One of the great features of iPad OS is mouse support, which greatly boosts the iPad's productivity potential when used with an external keyboard…

So we created Libra, a Bluetooth keyboard with trackpad, backlighting, and function keys to provide a user experience like a MacBook, without sacrificing the advantages of a tablet. Libra maximizes your iPad productivity while at home or on-the-go. Libra is compatible with iPad Pro 9.7", 10.5", 11" and 12.9".

## KS Special

Get Libra keyboard to unleash the power of your iPad Pro at a special price! Space Gray and Silver are available!

To add the add-ons to this reward tier, feel free to add the following amounts to your pledge:
+$15 for Magnetic USB-C cable.
+$13 for 11-inch iPad Pro case.

We will collect your choice of color, size, add-ons and shipping address after the campaign closed. Please stay tuned.

INCLUDES:
- Libra keyboard
- USB-C Cable
- Magnetic Cover for 12.9" or Case for 11" iPad Pro

ESTIMATED DELIVERY
Jan 2020

SHIPS TO
Anywhere in the world

3 backers

## Pledge $169 or more

### Super Early Bird - Duo

Get double Libra keyboard to unleash the power of your iPad Pro at the best price!



For iPad Pro
11" & 12.9"

Bluetooth
Connection

0-120° Viewing
Angles

Adjustable
Backlit Keys

4000 mAh
Built-in Battery

Scissor-switch
Keys

Space Gray and Silver are available! Save 45%! You can also choose both for 11" and 12.9" iPad Pro.

To add the add-ons to this reward tier, feel free to add the following amounts to your pledge:
+$15 for Magnetic USB-C cable.
+$13 for 11-inch iPad Pro case.

We will collect your choice of color, size, add-ons and shipping address after the campaign closed. Please stay tuned.

INCLUDES:

- 2× Libra keyboard
- 2× USB-C Cable
- 2× Magnetic Cover for 12.9" or Case for 11" iPad Pro

ESTIMATED DELIVERY
Jan 2020

SHIPS TO
Anywhere in the world

Limited (66 left of 100)
34 backers

---

## Pledge US$ 209 or more

### Early Bird - Duo

Get double Libra keyboard to unleash the power of your iPad Pro at a great price! Space Gray and Silver are available! Save





32%! You can also choose both for 11" and 12.9" iPad Pro.

To add the add-ons to this reward tier, feel free to add the following amounts to your pledge:
+$15 for Magnetic USB-C cable.
+$13 for 11-inch iPad Pro case.

We will collect your choice of color, size, add-ons and shipping address after the campaign closed. Please stay tuned.

INCLUDES:

- **2×** Libra keyboard
- **2×** USB-C Cable
- **2×** Magnetic Cover for 12.9" or Case for 11" iPad Pro

ESTIMATED DELIVERY
Jan 2020

SHIPS TO
Anywhere in the world

Limited (99 left of 100)
1 backer

## All gone!

Pledge $89 or more

Super Early Bird

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD



Get Libra keyboard to unleash the power of your iPad Pro at the best price! Space Gray and Silver are available!

To add the add-ons to this reward tier, feel free to add the following amounts to your pledge:
+$15 for Magnetic USB-C cable.
+$13 for 11-inch iPad Pro case.

We will collect your choice of color, size, add-ons and shipping address after the campaign closed. Please stay tuned.

INCLUDES:
- Libra keyboard
- USB-C Cable
- Magnetic Cover for 12.9" or Case for 11" iPad Pro

ESTIMATED DELIVERY
Jan 2020

SHIPS TO
Anywhere in the world

Reward no longer available

500 backers

## Libra on Media















Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD





## MacBook-like Experience for iPad Pro

- MacBook-style Design

Libra's sleek aluminum housing perfectly captures Apple's aesthetic and matches with the iPad Pro with colors of space gray and silver. It's the perfect complement to the iPad Pro and when combined, looks similar to a full-size MacBook.

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD



- Trackpad for iPad Pro

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD

Libra is the world's first iPad keyboard with a built-in trackpad, bringing you MacBook-like gesture and touch control. With the mouse support feature in the iPad OS, iPad Pro rivals the usability of a laptop now. (*More gesture control features will be added after the iPad OS released)



Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD

- **Function Keys**

Like a laptop, a dedicated row of function keys makes adjusting the iPad's volume and screen brightness a quick tap away. There are also shortcuts to perform other tasks such as switching the typing language, copy/paste, and more which makes typing and getting work done more efficiently.



- **Adjustable Backlit Keys**

The keyboard has backlit keys with three levels of brightness which makes the keyboard easier to use at night. The color and effect of the backlight are adjustable to create the perfect look.





Turn on/off the
**RGB Backlight**
Multiple Colors of
Backlighting effect

**Pre-order Now ▶▶**

Excellent Typing Experience

The keys are the same shape and size as the ones on Apple's last-generation MacBook Pro. Featuring the scissor-switch structure that makes typing on a MacBook so satisfying, Libra delivers the perfect tactile, responsive, and quiet typing experience.



Pre-order Now ▶▶

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD

- **Magnetic Cover for 12.9-inch iPad Pro**

We consider device protection essential and with that in mind, Libra comes with a snap-on magnetic cover that can protect your iPad Pro from scratches and dents.



- **Unique Case for 9.7, 10.5, and 11-inch iPad Pro**

We provide a special case for 11-inch iPad Pro only and make the iPad Pro perfectly fit the Libra keyboard. It can fully cover your iPad Pro and protect it from crashing. Four colors of the case are available: space gray, red, green and blue. We're offering the case for 9.7" iPad Pro (2nd.gen) and 10.5" iPad Pro(2nd.gen) now which will be made in the mass production phase.



Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD

**Pre-order Now** ▶▶

## Easy to Use

- **Smart Connection**

Getting started with Libra is easy. After a simple initial Bluetooth connection set up, Libra will pair with your iPad Pro automatically whenever you turn on the keyboard. A seamless, reliable, Bluetooth 5.1 connection is always ready.



**1**

Turn on the keyboard

**2**

Press the Bluetooth button for **2 seconds** until the signal light flashes

**3**

Bluetooth

Tap your iPad's setting and turn on the Bluetooth

**4**

iPad Keyboard          Connected ⓘ

Search "iPad Keyboard" and pair with it. The signal light will turn off after successfully connected.

- **Get a Better View**

Different applications require different viewing angles. The smooth keyboard hinge can be adjusted from 0-120 degrees to achieve the perfect angle for your task.



Create PDF in your applications with the Pdfcrowd HTML to PDF API                    PDFCROWD

## Charge iPad & Other Devices

The keyboard has a 4000mAh built-in battery that delivers up to 200 days of battery life per charge. It can charge your iPad/ iPhone through the USB C output port in an emergency.



Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD

**Pre-order Now ▶▶**

## Specifications





Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD

## Basic Specs

| | | | |
|---|---|---|---|
| **Compatibility** | iPad Pro 9.7" 10.5", 11" & 12.9" | **Support System** | iOS / iPad OS |
| **Keyboard Layout** | QWERTY (English) | **Connectivity** | Bluetooth 5.1 |
| **Viewing Angle** | 0-120 degrees | **Dimensions** | 281mm*215.4mm *4.0mm |
| **Weight** | 775g (1.71lb) | **Colors** | Silver / Space Gray |
| **Backlit Keys** | RGB Lighting | **Switch Types** | Scissor-switch |
| **Ports** | Input USB-C & Output USB-C | **Material** | ABS and Aluminum |
| **Battery** | 4000mAh | **Battery Life (Per Charge)** | 200 Days |

# Why Libra?



|  | Libra | Brydge | Slim Folio Pro |
|---|---|---|---|
| Price | $89 | $169 | $199 |
| Compatibility | For 11and12.9-inch iPad Pro(3rd gen) | For 12.9-inch iPad Pro(3rd gen) | For 12.9-inch iPad Pro(3rd gen) |
| Trackpad | ✓ | ✗ | ✗ |
| Material | ABS and Aluminum | ABS and Aluminum | Polycarbonate |
| Connectivity | Bluetooth 5.1 | Bluetooth 4.1 | Bluetooth LE |
| Dimension | 281*215.4*4.0 (mm) | 280.6*214.9*6.8(mm) | 287*230*22.46(mm) |
| Colors | Silver / Space Gray | Silver / Space Gray | Black |
| Backlit Keys | RGB Backlighting | Backlighting | Backlighting |
| Ports | Dual USB-C ports | Single USB-C port | ✗ |

Create PDF in your applications with the Pdfcrowd HTML to PDF API          PDFCROWD

# What's in The Box?



Libra Keyboard

Magnetic Cover

Manual

USB-C Cable

Libra Keyboard

Case

Manual

USB-C Cable

**For 12.9" iPad Pro**

**For 9.7",10.5", 11" iPad Pro**

# Libra Demo Videos

- Trackpad demo



- Function Keys Demo1

Create PDF in your applications with the Pdfcrowd HTML to PDF API          PDFCROWD



- Function Keys Demo2



- Adjustable Backlight Demo





Rewards



SOLD OUT

$109 Early Bird — 31% Off

$129 KS Special — 18% Off

$169 Super Early Bird-Duo — 45% Off

$209 Early Bird - Duo — 32% Off

Silver     Space Gray

Create PDF in your applications with the Pdfcrowd HTML to PDF API     PDFCROWD

Silver    Space Gray

**Add On**



$**15**   ~~MSRP:$20~~

**Magnetic USB-C Cable**



$**13**   ~~MSRP:$25~~

**Case for 9.7",10.5", 11" iPad Pro**

# How to pledge Libra with ADD-ONS?

1. Click "Back this project" button on the top right of the page. Or select the reward on the right side.

Back this project

2. Select your country, and manually add the price of add-ons to the pledge amount.



Pledge amount

$ 89 + 15 = 104 | If you want magnetic USB-C cable, add $15

3. Check out.

Continue

Pre-order Now ▶▶

Timeline



PDFCROWD



Mass Production **2019.12**

**2020.01** Start Shipping

## Meet Our Team



**ShuLian Zhu**
CEO&Development Supervisor



**Qingpen Yu**
Development Engineer



**Chipin Zhang**
Electronic Engineering





## Risks and challenges

With our years of experience with laptops and Apple accessories, we are very confident with our process and production schedule for Libra keyboard.

However, we also know that hidden obstacles and challenges often occur. Because of that, we've made sure to account for some amount of craziness or unforeseen problems that may occur in our schedule. Some potential risks during processing and assembly testing are expected.

1. Our product includes the battery, which makes it more difficult to ship. In order to ship products safely, it takes a bit more time. Therefore, the speed of shipping may vary in different countries. Our team will try our best to expedite the shipping and provide the best service for our backers after we reach our funding goal.

2. The definition of the trackpad's functions will be upgraded after the release of the new iPad OS system. We will try our best to keep the backers posted about the trackpad's schedule.

If something does go wrong, we promise to keep our backers updated and informed about any issues and about the way in which we are solving them.

Learn about accountability on Kickstarter

Questions about this project? **Check out the FAQ**

---

Report this project to Kickstarter

---

**EXPLORE**

Arts
Comics & Illustration
Design & Tech
Film
Food & Craft
Games
Music
Publishing

**ABOUT**

About us
Our charter
Stats
Press
Jobs

**SUPPORT**

Help Center
Our Rules
Creator Handbook
Patrons

**HELLO**

Newsletters
Mobile apps
Kickstarter Blog
Engineering Blog
Research

**MORE FROM KICKSTARTER**

The Creative Independent
Kickstarter Magazine
Kickstarter Podcast

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD



Kickstarter, PBC © 2019

English ▾    $ US Dollar (USD) ▾

Trust and Safety    Terms of Use    Privacy Policy    Cookie Policy

Create PDF in your applications with the Pdfcrowd HTML to PDF API    PDFCROWD