# Prohibited Items

We prohibit projects that are illegal, heavily regulated, or potentially dangerous for backers, as well as rewards that the creator did not make.

❌   Any item claiming to diagnose, cure, treat, or prevent an illness or condition (whether via a device, app, book, nutritional supplement, or other means).

Create PDF in your applications with the Pdfcrowd HTML to PDF API    PDFCROWD

- ✗ Contests, coupons, gambling, and raffles.
- ✗ Energy food and drinks.
- ✗ Offensive material (e.g., hate speech, encouraging violence against others, etc).
- ✗ Offering a genetically modified organism as a reward.
- ✗ Live animals. Projects cannot include live animals as a reward.
- ✗ Offering alcohol as a reward.
- ✗ Offering financial, money-processing, or credit services; financial intermediaries or cash-equivalent instruments; travel services (e.g., vacation packages); phone services (e.g., prepaid phone services, 900 numbers); and business marketing services.
- ✗ Political fundraising.
- ✗ Pornographic material.
- ✗ Projects that promote discrimination, bigotry, or intolerance towards marginalized groups

Create PDF in your applications with the Pdfcrowd HTML to PDF API          PDFCROWD

- ✘ Projects that share things that already exist, or repackage a previously-created product, without adding anything new or aiming to iterate on the idea in any way.

- ✘ Resale. All rewards must have been produced or designed by the project or one of its creators — no reselling things from elsewhere.

- ✘ Drugs, nicotine, tobacco, vaporizers and related paraphernalia.

- ✘ Weapons, replicas of weapons, and weapon accessories.

If your project involves something illegal, heavily regulated, or potentially dangerous for backers and it is **not** on this list, please contact us before starting your project.

---

**EXPLORE**

Arts
Comics & Illustration
Design & Tech
Film
Food & Craft

Create PDF in your applications with the Pdfcrowd HTML to PDF API     PDFCROWD

Games
Music
Publishing

### ABOUT
About us
Our charter
Stats
Press
Jobs

### SUPPORT
Help Center
Our Rules
Creator Handbook
Patrons

### HELLO
Newsletters
Mobile apps
Kickstarter Blog
Engineering Blog
Research

### MORE FROM KICKSTARTER
The Creative Independent
Kickstarter Magazine
Kickstarter Podcast

Kickstarter, PBC © 2019

English

$ US Dollar (USD)

Trust and Safety    Terms of Use    Privacy Policy    Cookie Policy

Create PDF in your applications with the Pdfcrowd HTML to PDF API    PDFCROWD