# BRYDGE

## Libra Side by Side Review



Libra



Bilby 12.9 TP
(Code Name)

2





Libra

Bilby 12.9 TP
(Code Name)

3





Libra

Bilby 12.9 TP
(Code Name)



Libra



Bilby 12.9 TP
(Code Name)





Libra

Bilby 12.9 TP
(Code Name)



Libra



Bilby 12.9 TP
(Code Name)





Libra

Bilby 12.9 TP
(Code Name)



Libra



Bilby 12.9 TP
(Code Name)



Libra



Bilby 12.9 TP
(Code Name)