



# KENT, BEATTY & GORDON, LLP

ATTORNEYS AT LAW

ELEVEN TIMES SQUARE
NEW YORK, NY 10036
PHONE: (212) 421-4300   FAX: (212) 421-4303
WWW.KBG-LAW.COM

**Joshua B. Katz**
jbk@kbg-law.com
New York Bar

April 2, 2020

Via ECF
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Brydge Techs., LLC, et al. v. Kickstarter, PBC, et al.*,
       19 Civ. 5692 (EK) (CLP)

Dear Judge Pollak:

    Plaintiffs provide this status report pursuant to your order of March 2, 2020. Plaintiffs have voluntarily dismissed defendant Kickstarter, PBC. The remaining defendant, OGadget LLC, remains in default, and pursuant to Judge Komittee's order of March 27, we intend to move for a default judgment by April 15, 2020.

Respectfully submitted,

Joshua B. Katz

cc:  All counsel of record