# EXHIBIT 8

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, April 12, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 202010210023     GADGET LABS GROUP LLC

| | |
|---|---|
| **Registration Date:** | 03/17/2020 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | ZHEN LI |
| | 340 S LEMON AVE #5293 |
| | WALNUT CA 91789 |
| **Entity Address:** | 16192 COASTAL HWY |
| | LEWES DE 19958 |
| **Entity Mailing Address:** | 16192 COASTAL HWY |
| | LEWES DE 19958 |
| **LLC Management** | * |

A Statement of Information is due within 90 days of registration and then EVERY EVEN-NUMBERED year beginning five months before and through the end of March.

| Document Type | File Date | PDF |
|---|---|---|
| REGISTRATION | 03/17/2020 | Image unavailable. Please request paper copy. |

* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Modify Search    New Search    Back to Search Results