# EXHIBIT 9

20191014154629

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE | **NON ESTES** |
|---|---|---|

SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, EXHIBITS**
EFFECTED (1) BY ME: Andrew Lugo
TITLE: **PROCESS SERVER**

DATE: 10/22/2019 03:04PM

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

OGADGET LLC, C/O ZHEN LI, AGENT FOR SERVICE OF PROCESS AND OR

Place where served:

340 S LEMON AVENUE   WALNUT   CA   91789

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX:____ AGE:_____ HEIGHT:_____ WEIGHT:_____ SKIN:_____ HAIR:_____ OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

Diligence
10/16/2019 10:02AM - Place is a storage unit with no name. They were was closed; 10/17/2019 04:02PM - Place was closed; 10/18/2019 12:02PM - Place was closed; 10/21/2019 11:02AM - Place was closed; 10/22/2019 03:04PM - Business name is Virtual Mail Online. Per "Jane Doe", refuse to give full name, (A, F, 35+yrs, blk hair, 5'6", 135lbs) both company and individual do not own a box at location and Zhen Li is not an employee either. No business cards available.

---

**STATEMENT OF SERVER**

TRAVEL$ _____.____      SERVICES $_____.____      TOTAL $_____.____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10 / 23 / 2019            _____ L.S.

SIGNATURE OF Andrew Lugo
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: JOSHUA B. KATZ, ESQ.
PLAINTIFF: BRYDGE TECHNOLOGIES LLC, ET AL
DEFENDANT: KICKSTARTER, ET AL
VENUE: DISTRICT
DOCKET: 1 19 CV 05692 PKC CLP
COMMENT: