```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

BRYDGE TECHNOLOGIES LLC, and BRYDGE
GLOBAL PTE LTD.,
                                            MEMORANDUM & ORDER
                    Plaintiffs,             19-CV-5692(EK)(CLP)

        -against-

OGADGET LLC,

                    Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

  The Court has received Chief Magistrate Judge Cheryl L. Pollak's Report and Recommendation (R&R) dated March 4, 2021. ECF No. 27.  Judge Pollak recommends that this Court grant Plaintiffs' motion for entry of default judgment and a permanent injunction.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews the R&R for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord Gesualdi v. Mack Excavation & Trailer Serv., Inc.*, No. 09-CV-2502, 2010 WL 985294, at *1 (E.D.N.Y. Mar. 15, 2010).  Having reviewed the record, the Court finds no clear error.  The Court adopts the R&R in its entirety pursuant to 28 U.S.C. § 636(b)(1).

  Therefore, Plaintiffs' motion for entry of default judgment and a permanent injunction is granted.  Defendant is

permanently enjoined from engaging in any and all acts of infringement of the U.S. Patent No. 9,069,527, including making, using, importing, selling, offering for sale, advertising, marketing, or promoting the sale of any keyboard that is "substantially the same." *Egyptian Goddess, Inc. v. Swisa, Inc.*, 543 F.3d 665, 668 (Fed. Cir. 2008). A permanent injunction will issue in a separate Order.

SO ORDERED.

                                                      /s Eric Komitee
                                        ERIC KOMITEE
                                        United States District Judge

Dated:    March 30, 2021
            Brooklyn, New York