UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYDGE TECHNOLOGIES LLC, and BRYDGE GLOBAL PTE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> OGADGET LLC, <br><br> Defendant. | 19 Civ. 5692 (EK) (CLP) <br><br> **DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT OGADGET LLC** |

  Plaintiffs Brydge Technologies LLC ("Brydge Technologies") and Brydge Global Pte Ltd. ("Brydge Global," and together, "Plaintiffs") having filed a complaint in this action alleging, among other things, that Defendant OGadget LLC ("OGadget") has infringed U.S. Patent No. 9,069,527 (the "Patent-in-Suit"), and the Clerk of the Court having noted OGadget's default in appearing or otherwise defending this action pursuant to Fed. R. Civ. P. 55(a), and Plaintiffs having moved for a default judgment and permanent injunction against OGadget,

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

  1. Defendant OGadget, and its respective officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, are PERMANENTLY ENJOINED AND RESTRAINED from directly or indirectly:

   a. Engaging in any and all acts of infringement of the U.S. Patent No. 9,069,527, including making, using, importing, selling, offering for sale, advertising, marketing, or promoting the sale of any keyboard for use with Apple iPad or Apple iPad Pro 2 devices incorporating U.S. Patent No. 9,069,527, or any keyboard that is substantially the same and is sold, advertised, marketed or promoted in the United States;

   b. Assisting or cooperating with anyone else who infringes either directly or indirectly U.S. Patent No. 9,069,527;

   c. Using any photographs and/or images on Defendant's websites, or on Kickstarter or Indiegogo or any other crowdfunding site, or in any advertising, packaging, and

1

any marketing materials that describe, explain, show, demonstrate, or illustrate the function of any product in a manner that suggests, induces, infers, or indicates use that constitutes an infringement of U.S. Patent No. 9,069,527; and

        d.    Using any statements and images on any website and any advertising, packaging, and any marketing materials that describe, explain, show, demonstrate, or illustrate the function of any product in a manner that suggests, induces, infers, or indicates use or methods of use that constitutes an infringement of U.S. Patent No. 9,069,527, including but not limited to, the marketing, importation and sale of keyboards for use with Apple iPad or Apple iPad Pro 2 devices.

**IT IS SO ORDERED.**

Dated: March 30, 2021

/s Eric Komitee
ERIC KOMITEE
UNITED STATES DISTRICT JUDGE